United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01115-MJC |
| Jeffrey J. Ritsick | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-5 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Aug 26, 2022 | Form ID: pdf010 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | + Email/Text: paparalegals@pandf.us | Aug 26 2022 18:47:00 | Gregg L. Morris, Esquire, Patenaude & Felix, APC, 501 Corporate Drive, Suite 205, Canonsburg, PA 15317-8584 |
| 5480413 | + Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2022 18:51:08 | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-5115 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| J. Zac Christman | |
| | on behalf of Debtor 1 Jeffrey J. Ritsick zac@fisherchristman.com office@fisherchristman.com |
| John Fisher | |
| | on behalf of Debtor 1 Jeffrey J. Ritsick johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Lisa Ann Rynard (Trustee) | |
| | larynard@larynardlaw.com aburd@pkh.com,PA88@ecfcbis.com |
| Rebecca Ann Solarz | |

on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bkgroup@kmllawgroup.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: JEFFREY J. RITSICK, aka | : | Chapter 7 |
|     Jeffrey Joseph Ritsick, | : | Case Number **5:22-bk-01115-MJC** |
|     Debtor(s), | : | |
| | | |
| JEFFREY J. RITSICK, | : | |
|     Movant(s), | : | **Motion to** |
|     v. | : | **Avoid Lien** |
| LVNV FUNDING, LLC, and | : | |
| LISA ANN RYNARD, TRUSTEE, | : | |
|     Respondents, | : | |

## ORDER GRANTING MOTION TO AVOID LIEN

Upon Motion of the Debtor to avoid a judicial lien held by LVNV Funding, LLC ("Respondent") in the real property of the Debtor located at 216 Main Street, Dallas, Luzerne County, Pennsylvania (" Real Property");

**AND,** the Debtor having asserted that the alleged lien arising from the judgment entered at the Luzerne County Court of Common Pleas at Docket # 2021-CV-03268 is subject to avoidance pursuant to 11 U.S.C. §522(f);

**AND,** the Debtor having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed;

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED**, subject to 11 U.S.C. §349(b), that the judicial lien held by the Respondent, if any, against the Real Property of the Debtor is **AVOIDED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: August 26, 2022