United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jeffrey J. Ritsick  
    Debtor

Case No. 22-01115-MJC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 2  
Date Rcvd: Oct 04, 2022      Form ID: 318      Total Noticed: 25

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeffrey J. Ritsick, 216 Main Street, Dallas, PA 18612-1802 |
| 5480404 | + | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-7289 |
| 5480405 | + | DSRM National Bank Valero, 7201 Canyon Drive, Amarillo TX 79110-4339 |
| 5480407 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5480409 | | Lehigh Valley Health Network, PO Box 781733, Philadelphia PA 19178-1733 |
| 5480410 | | Lehigh Valley Health Network, Cedar Crest Blvd & I-78, Allentown, PA 18105 |
| 5480411 | + | Lehigh Valley Hospital Hazleton, 700 E Broad Street, Hazleton PA 18201-6835 |
| 5480412 | | Lehigh Valley Hospital Hazleton, PO Box 781733, Philadelphia PA 19178-1733 |
| 5480416 | | NE Rehabilitation Associates PC, 5 Morgan Highway Suite 4, Scranton, PA 18508-2641 |
| 5480420 | | Sun Life, One Sun Life Executive Park, Wellesley Hills, MA 02481 |
| 5480422 | | TBOM Milestone, 2216 W 2nd Street, Dixon, MO 65459 |
| 5480423 | + | Trident Asset Management, 53 Perimeter Center East Suite 440, Atlanta GA 30346-2230 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: RECOVERYCORP.COM | Oct 04 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5480401 | | Email/Text: Bankruptcy@absoluteresolutions.com | Oct 04 2022 18:38:00 | Absolute Resolutions Investments LLC, 8000 Norman Center Drive Suite 350, Bloomington MN 55437 |
| 5480402 | + | EDI: CAPITALONE.COM | Oct 04 2022 22:43:00 | Capital One Bank, PO Box 31293, Salt Lake City UT 84131-0293 |
| 5480403 | + | EDI: WFNNB.COM | Oct 04 2022 22:43:00 | Comenity Capital Bank/HSN, PO Box 182120, Columbus OH 43218-2120 |
| 5480406 | + | EDI: AMINFOFP.COM | Oct 04 2022 22:43:00 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls SD 57107-0145 |
| 5480408 | | EDI: JEFFERSONCAP.COM | Oct 04 2022 22:43:00 | Jefferson Capital Systems, 16 McLeland Road, Saint Cloud MN 56303 |
| 5480413 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 04 2022 18:43:14 | LVNV Funding, LLC, 55 Beattie Place, Greenville, SC 29601-5115 |
| 5480414 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 04 2022 18:43:14 | Merrick Bank, PO Box 9201, Bethpage, NY 11804-9001 |
| 5480415 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 04 2022 18:38:00 | Midland Credit Management Inc, 350 Camino Del Reina, Suite 100, San Diego, CA 92108-3007 |
| 5480691 | + | EDI: RECOVERYCORP.COM | Oct 04 2022 22:43:00 | Orion, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5480418 | | EDI: PRA.COM | Oct 04 2022 22:43:00 | Portfolio Recovery Associates, 120 Corporate Blvd Suite 100, Norfolk, VA 23502 |
| 5480417 | + | Email/Text: paparalegals@pandf.us | Oct 04 2022 18:38:00 | Patenaude & Felix, APC, Gregg L. Morris, |

| | | | | |
| --- | --- | --- | --- | --- |
| 5480421 | + EDI: RMSC.COM | | | Esquire, 501 Corporate Drive, Suite 205, Canonsburg, PA 15317-8584 |
| | | | Oct 04 2022 22:43:00 | SYNCB/Lowes, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5480419 | | Ratchford Law Group, Michael F. Ratchford, Esquire, 54 Glenmaura Nat'l Blvd., Suite 104 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian C Nicholas | on behalf of Creditor MATRIX FINANCIAL SERVICES CORP. bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| J. Zac Christman | on behalf of Debtor 1 Jeffrey J. Ritsick zac@fisherchristman.com office@fisherchristman.com |
| John Fisher | on behalf of Debtor 1 Jeffrey J. Ritsick johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Lisa Ann Rynard (Trustee) | larynard@larynardlaw.com aburd@pkh.com,PA88@ecfcbis.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Jeffrey J. Ritsick<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7657<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court   Middle District of Pennsylvania | | |
| Case number:   5:22-bk-01115-MJC | | |

# Order of Discharge                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jeffrey J. Ritsick
aka Jeffrey Joseph Ritsick

10/4/22

**By the court:**

*[signature]*

Mark J. Conway, United States
Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**